PER CURIAM.

(No. 75-CC-492— )

COLT INDUSTRIES FAIRBANDS WEIGHING DIVISION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 4, 1975.*

COLT INDUSTRIES, Claimant, pro se.

283

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.